# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **TERRION WILSON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 7:09-CV-75 (HL) |
| | : | |
| **FRED BURNETTE, Warden,** | : | |
| | : | |
| Respondent. | : | |

_____

## ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered January 7, 2010 (Doc. 11), is before the Court.  Petitioner has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).  The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision.  Accordingly, the Court accepts the Recommendation.  Defendant's Motion to Dismiss Petition As Untimely (Doc. 7) is granted, and Petitioner's § 2254 petition is dismissed.

**SO ORDERED**, this the 2nd day of February, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh